SEALED

FILED
APR 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13 - MJ - 122   EFB |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING CRIMINAL COMPLAINT |
| LAMIA DENISE HERBERT, | |
| Defendant. | |

**ORDER**

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 4-15-2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL CRIMINAL COMPLAINT AND                3
[PROPOSED] ORDER SEALING CRIMINAL COMPLAINT