HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE D. BARBOUR, #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
LAMIA DENISE HERBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  Cr.S. 13-278-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| v. | ) |
| LAMIA DENISE HERBERT , | ) Date: September 26, 2013 ) Time: 9:00 a.m. ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

    LAMIA DENISE HERBERT by and through her counsel, RACHELLE BARBOUR, Research & Writing Specialist and MICHAEL McCOY, Assistant United States Attorney, hereby agree that the status conference set for September 12, 2013, be continued to September 26, 2013, at 9:00 a.m..

    The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation.

    This continuance is necessary for the ongoing preparation of counsel.  The parties anticipate that this case will resolve without the need of a trial.  Counsel, along with the defendant, agree that the time from September 12, 2013 through September 26, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in

a speedy trial.

DATED: September 10, 2013              Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender


                                            /s/ Rachelle D. Barbour
                                            RACHELLE D. BARBOUR
                                            Research & Writing Attorney
                                            Attorney for Defendant
                                            LAMIA DENISE HERBERT


DATED: September 10, 2013              BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Rachelle Barbour for Michael McCoy
                                            MICHAEL McCOY
                                            Assistant United States Attorney


                                            O R D E R

IT IS HEREBY ORDERED that this matter is continued to September 10, 2013, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 12, 2013 up to and including September 26, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS ORDERED.

Dated:  September 12, 2013

                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT